IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | | Case No. 11-34874 - DER |
| Ronnie Gene Gollehon | * | |
| | | Chapter 7 |
| Debtor | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

### NOTICE OF TRUSTEE'S MOTION TO SELL DEBTOR'S UNIMPROVED LOT LOCATED AT
### 3015 DALRYMPLE ROAD, SUNDERLAND, MARYLAND 20689

**NOTICE IS HEREBY GIVEN** that Sean C. Logan, Chapter 7 Trustee (the "Trustee") in the above-captioned bankruptcy estate (the "Estate") of Ronnie Gene Gollehon (the "Debtor") has requested authority to sell the Debtor's unimproved lot located at 3015 Dalrymple Road, Sunderland, Maryland 20689 (the "Property"). A copy of the Contract of Sale pursuant to which the Property will be sold is attached as **Exhibit A** to the Motion in the above-captioned case.

The Trustee proposes to sell the Property, without covenants or warranties, to Brian and Jessica Himes (the "Buyers") for the purchase price of $50,000.00 payable in full at the time of closing. From the sale proceeds, at closing, the Trustee will pay Darlene Hartsock and RE/MAX Executive approximately $3,000.00 (6% of the sales price) as commission for serving as the Trustee's real estate agent. The Trustee and Buyers will split the closing costs and the Trustee anticipates paying approximately $3,000.00 toward closing costs. The remaining balance of the sale proceeds in the approximate amount of $44,000.00 will be paid to the Estate for the benefit of the remaining unsecured creditors and administrative claims.

The proposed sale will pay all real estate taxes and other costs of sale due from the seller, if any. The balance of the sale proceeds will be distributed to the remaining unsecured creditors, as well as administrative claims pursuant to further Order of the United States Bankruptcy Court.

The Debtor valued the Property in the amount of $45,000.00 on his Amended Schedule A filed with this Court on May 28, 2012 (Doc. 56). The current offer is the only and best offer the Trustee has received since the Property was first listed in October 2014.

The Buyers for the Property discussed herein have no prior relationship with the Trustee and are good faith purchasers for value for purposes of 11 U.S.C. § 363(m).

The Trustee believes that the proposed sale is in the best interest of the Estate as it will generate funds for a distribution to the remaining unsecured creditors, as well as administrative claims.

A copy of all pleadings under which the Trustee has sought authority to sell the Property is available for review at the Clerk's Office, Garmatz Federal Courthouse, 101 West Lombard Street, Room 8530, Baltimore, Maryland 21201, or upon request made to the undersigned.

**ANY PARTY WISHING TO OPPOSE THE TRUSTEE'S MOTION TO SELL MUST FILE AN OBJECTION IN WRITING, ON OR BEFORE MARCH 16, 2015, SPECIFICALLY STATING THE FACTUAL AND LEGAL NATURE OF THE OBJECTION WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, GARMATZ FEDERAL COURTHOUSE, 101 WEST LOMBARD STREET, ROOM 8530, BALTIMORE, MARYLAND 21201, AND MUST SIMULTANEOUSLY SERVE COPIES OF THE OBJECTION ON THE U.S. TRUSTEE, GARMATZ FEDERAL COURTHOUSE, 101 WEST LOMBARD STREET, SUITE 2625, BALTIMORE, MARYLAND 21201, AND UPON THE UNDERSIGNED, SUCH THAT IT IS RECEIVED BY THE COURT AND ALL PARTIES ON OR BEFORE MARCH 16, 2015. PARTIES IN INTEREST WITH QUESTIONS REGARDING THE MOTION MAY CONTACT THE UNDERSIGNED.**

If no objections are timely filed, the Property will be sold pursuant to the Unimproved Land Contract of Sale and Order of this Court. A hearing on objections filed, if any, has been scheduled for April 6, 2015 in Courtroom 9-D at 3:00 pm at 101 W. Lombard Street, Baltimore, Maryland 21201.

/s/ *Sean C. Logan*  
Chapter 7 Trustee  
Law Offices of Sean C. Logan, Esq.  
2530 Riva Road, Suite 400  
Annapolis, Maryland 21401  
(443) 569-5968 office  
scl@logan-law.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 19th day of February, 2015 a copy of the foregoing Notice was served, electronically through the Court's CM/ECF transmission facilities, as authorized by Local Bankruptcy Rule 9013-4(a), on each party registered as a CM/ECF participant who consented to electronic service and were also served by first class mail, postage prepaid, to the following parties and creditors with timely filed claims:

Ronnie Gollehon
11112 Forest Night
Live Oak, TX 78233
(Debtor)

Brian and Jessica Himes
8003 Delores Court
Chesapeake Beach, MD 20732
(Buyers)

Robert J. Goldman
Finkelstein & Goldman, P.C.
7315 Wisconsin Avenue, Suite 400 East
Bethesda, MD 20814

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201
Katherine.A.Levin@usdoj.gov (Electronic)

*Creditors with timely filed claims:*

Severn Savings Bank, FSB
200 Westgate Circle, Suite 200
Annapolis, MD 21401

Wells Fargo Card Services
1 home Campus, 3rd Floor
Des Moines, IA 50328

First Union Market Bank
PO Box 940
Ruther Glen, VA 22546

FIA CARD SERVICES, NA
PO Box 15102
Wilmington, DE 19886

Advanta Bank Corporation
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Noel Gollehon
11925 Fernshire Road
Gaithersburg, MD 20878

Roswitha Gollehon
c/o Best Connection Travel
2005 West Street
Annapolis, MD 21401

Anne Arundel County, Maryland
Office of Law
2660 Riva Road, 4th Floor
Annapolis, MD 21401

Ronald K. Jones
6804 Caneel Court
Springfield, VA 22152

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

PYOD LLC its successors and assigns
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

/s/ *Sean C. Logan*
Sean C. Logan, Trustee