# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re: GOLLEHON, RONNIE GENE        §      Case No. 11-34874
                                     §
                                     §
Debtor(s)                            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 26, 2011. The undersigned trustee was appointed on December 27, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $_____1,652,937.29

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 1,319,574.42 |
| Administrative expenses | 159,111.05 |
| Bank service fees | 784.26 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 51,964.37 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 121,503.19 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 05/17/2012 and the deadline for filing governmental claims was 06/23/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $72,725.41.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $51,602.69 as interim compensation and now requests the sum of $21,122.72, for a total compensation of $72,725.41.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $382.89, for total expenses of $382.89.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/07/2016              By: /s/Sean C. Logan - Trustee
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-34874 | Trustee:    (400360)    Sean C. Logan - Trustee |
| Case Name:    GOLLEHON, RONNIE GENE | Filed (f) or Converted to (c):    12/26/11 (f) |
| | §341(a) Meeting Date:    02/02/12 |
| Period Ending: 07/07/16 | Claims Bar Date:    05/17/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2292 Lake Drive Pasadena, MD<br>    Property sold pursuant to Order of the Court (Doc. 54). | 850,000.00 | 0.00 | | 1,080,731.89 | FA |
| 2 | 301 N. Beauregard St., Unit 212, Alexandria, VA<br>    Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 35,000.00 | 5,000.00 | | 8,951.22 | FA |
| 3 | 3310 S. 28th Street, Unit #202, Alexandria, VA<br>    Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 55,000.00 | 55,000.00 | | 8,951.22 | FA |
| 4 | 3314 South 28th Street, #304, Alexandria, VA<br>    Property sold per Order Granting Trustee's Motion to Sell. Docket 134. | 55,000.00 | 55,000.00 | | 105,048.16 | FA |
| 5 | 3232 South 28th Street, #303, Alexandria, VA<br>    Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 67,500.00 | 0.00 | | 8,951.22 | FA |
| 6 | 111 Arlington Blvd, #647, Arlington, VA<br>    Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116.<br><br>** Please note typo on schedule "A" . Asset number 6 correct description (address) is: 1111 Arlington Blvd, #647, Arlington, VA. DVS | 65,000.00 | 65,000.00 | | 8,951.22 | FA |
| 7 | 1011 Arlington Blvd, #517, Arlington, VA<br>    Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 90,000.00 | 90,000.00 | | 8,951.22 | FA |
| 8 | 1121 Arlington Blvd, #516, Arlington, VA<br>    Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 85,000.00 | 0.00 | | 8,951.22 | FA |
| 9 | 1111 Arlington Blvd, #440, Arlington, VA | 85,000.00 | 85,000.00 | | 8,951.22 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | | |
|---|---|---|
| Case Number: 11-34874 | Trustee: (400360) Sean C. Logan - Trustee | |
| Case Name: GOLLEHON, RONNIE GENE | Filed (f) or Converted (c): 12/26/11 (f) | |
| | §341(a) Meeting Date: 02/02/12 | |
| Period Ending: 07/07/16 | Claims Bar Date: 05/17/12 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | | | | | |
| 10 | 1021 Arlington Blvd, #1006, Arlington, VA<br>   Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 105,000.00 | 105,000.00 | | 8,951.22 | FA |
| 11 | 1111 Arlington Blvd, #816 West, Arlington, VA<br>   Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 85,000.00 | 85,000.00 | | 8,951.22 | FA |
| 12 | 1111 Arlington Blvd, #621, Arlington, VA<br>   Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 85,000.00 | 85,000.00 | | 8,951.22 | FA |
| 13 | 1121 Arlington Blvd, #916 North, Arlington, VA<br>   Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 87,500.00 | 87,500.00 | | 8,951.22 | FA |
| 14 | 1011 Arlington Blvd, #827 South, Arlington, VA<br>   Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 72,500.00 | 72,500.00 | | 8,951.22 | FA |
| 15 | 1121 Arlington Blvd, #733 North, Arlington, VA<br>   Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 80,000.00 | 80,000.00 | | 8,951.22 | FA |
| 16 | 1121 Arlington Blvd, #116 North, Arlington, VA<br>   Property sold per Order Granting Trustee's Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property. Docket 116. | 77,500.00 | 77,500.00 | | 8,951.14 | FA |
| 17 | 1121 Arlington Blvd, #418 North, Arlington, VA | 112,500.00 | 112,500.00 | | 0.00 | FA |
| 18 | 1111 Arlington Blvd, #433- West, Arlington, VA | 82,500.00 | 82,255.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 11-34874 | Trustee: (400360) Sean C. Logan - Trustee |
| Case Name: GOLLEHON, RONNIE GENE | Filed (f) or Converted (c): 12/26/11 (f) |
| | §341(a) Meeting Date: 02/02/12 |
| Period Ending: 07/07/16 | Claims Bar Date: 05/17/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 1021 Arlington Blvd, #918 East, Arlington, VA | 115,000.00 | 115,000.00 | | 0.00 | FA |
| 20 | 3330 S 28th Street, #202, Alexandria, VA<br>  Property sold pursuant to Order of the Court (Doc. 111). | 135,000.00 | 0.00 | | 125,184.43 | FA |
| 21 | 3330 S 28th Street, #201, Alexandria, VA<br>  Property sold pursuant to Order of the Court (Doc. 111). | 105,000.00 | 0.00 | | 105,140.05 | FA |
| 22 | 183A Mountain Road, Pasadena, MD<br>  . | 45,000.00 | 0.00 | | 0.00 | FA |
| 23 | 3015 Dalrimple Road, Sunderland, MD 20689 | 45,000.00 | 45,000.00 | | 50,247.84 | FA |
| 24 | The Surf Club of Marco, time share | Unknown | 0.00 | | 0.00 | FA |
| 25 | Sweetwater Lift Lodge/ Park City Condo | Unknown | 0.00 | | 0.00 | FA |
| 26 | Wells Fargo Bank Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 27 | Union First Market Bank Business Checking<br>  No value to the estate. | 3,012.23 | 12.23 | | 0.00 | FA |
| 28 | Union first Market Bank business checking | 3,808.58 | 0.00 | | 0.00 | FA |
| 29 | Household goods and furnishings | 790.00 | 0.00 | | 0.00 | FA |
| 30 | Books, pictures and other art | 500.00 | 0.00 | | 0.00 | FA |
| 31 | Wearing apparel | 120.00 | 0.00 | | 0.00 | FA |
| 32 | Jewelry | 30.00 | 0.00 | | 0.00 | FA |
| 33 | Ron's Enterprises (sole proprietorship) | 0.00 | 0.00 | | 0.00 | FA |
| 34 | partnership/joint ventures | 0.00 | 0.00 | | 0.00 | FA |
| 35 | 2005 Honda Oddessy<br>  To costly to pursue.  DVS | 6,500.00 | 4,838.58 | | 0.00 | FA |
| 36 | personal computer<br>  No value to the estate. | 20.00 | 20.00 | | 0.00 | FA |
| 37 | Machinery, fixtures, equipment and supplies<br>  No value to the estate. | 25.00 | 25.00 | | 0.00 | FA |
| 38 | 2012 Viriginia tax refund  (u) | 5,820.60 | 5,820.60 | | 5,820.60 | FA |
| 39 | 2013 Federal Tax Return  (u) | 20,928.18 | 20,928.18 | | 20,928.18 | FA |

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-34874 | **Trustee:** (400360) Sean C. Logan - Trustee |
| **Case Name:** GOLLEHON, RONNIE GENE | **Filed (f) or Converted (c):** 12/26/11 (f) |
| | **§341(a) Meeting Date:** 02/02/12 |
| **Period Ending:** 07/07/16 | **Claims Bar Date:** 05/17/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40 | 2014 Virginia tax refund  (u) | 1,651.58 | 1,651.58 | | 1,651.58 | FA |
| 41 | 2014 Federal Tax  Refund  (u) | 20,634.42 | 20,634.42 | | 20,634.42 | FA |
| 42 | 2013 Maryland State Tax Refund  (u) | 5,544.00 | 5,544.00 | | 5,544.00 | FA |
| 43 | 2014 Maryland State Tax Refund  (u) | 2,189.72 | 2,189.72 | | 6,689.14 | FA |
| **43** | **Assets    Totals (Excluding unknown values)** | **$2,693,574.31** | **$1,363,919.31** | | **$1,652,937.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

7-7-16 DVS: Final report completed and sent to region 4 for review and approval. DVS

rongollehon@yahoo.com

**Initial Projected Date Of Final Report (TFR):**    December 30, 2012        **Current Projected Date Of Final Report (TFR):**    July 7, 2016  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-34874 |
| Case Name: | GOLLEHON, RONNIE GENE |
| | |
| Taxpayer ID #: | **-***7990 |
| Period Ending: | 07/07/16 |

| | |
|---|---|
| Trustee: | Sean C. Logan - Trustee (400360) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******07-65 - Deposit |
| Blanket Bond: | $2,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/12 | {1} | BMI Realtors | Down payment for purchase of the Lake Drive Property | 1110-000 | 21,600.00 | | 21,600.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 21,575.00 |
| 06/12/12 | | O'Reilly & Mark , P.C. | Asset  #1 Sale proceeds 2292 Lake Drive Pasadena, Maryland | | 21,644.29 | | 43,219.29 |
| | {1} | | Sale Proceeds Re: 2292        1,080,731.89<br>Lake Drive Pasadena,<br>MD | 1110-000 | | | 43,219.29 |
| | | | Real estate commission         -43,200.00 | 3510-000 | | | 43,219.29 |
| | | Severn Savings Bank, FSB | Lien payoff to 1st lien      -985,000.00<br>holder Severn Saving<br>bank | 4110-000 | | | 43,219.29 |
| | | Union First Market Bank | Lien payoff to 2nd lien         -5,000.00<br>holder Union First Market<br>Bank | 4110-000 | | | 43,219.29 |
| | {1} | | Deposit                        -21,600.00 | 1110-000 | | | 43,219.29 |
| | | | Property taxes due            -4,162.60<br>12-31-11 to Anne<br>Arundel County | 2820-000 | | | 43,219.29 |
| | | | closing cost for deec and       -125.00<br>shipping fees | 2500-000 | | | 43,219.29 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.39 | 43,152.90 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.32 | 43,058.58 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.17 | 42,967.41 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.17 | 42,885.24 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.66 | 42,788.58 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.68 | 42,700.90 |
| 12/27/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001040036088<br>20121227 | 9999-000 | | 42,700.90 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 43,244.29 | 43,244.29 | $0.00 |
| Less: Bank Transfers | 0.00 | 42,700.90 | |
| **Subtotal** | 43,244.29 | 543.39 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$43,244.29** | **$543.39** | |

{} Asset reference(s)

Printed: 07/07/2016 12:12 PM     V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-34874 | |
| **Case Name:** GOLLEHON, RONNIE GENE | |
| **Taxpayer ID #:** **-***7990 | |
| **Period Ending:** 07/07/16 | |

| | |
|---|---|
| **Trustee:** Sean C. Logan - Trustee (400360) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******5966 - deposit account | |
| **Blanket Bond:** $2,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 42,700.90 | | 42,700.90 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.16 | 42,643.74 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.45 | 42,576.29 |
| 02/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 57.15 | 42,519.14 |
| 03/29/13 | 11001 | INSURANCE PARTNERS AGENCY, INC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/29/2013 FOR CASE #11-34874 | 2300-000 | | 36.67 | 42,482.47 |
| 03/29/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 59.11 | 42,423.36 |
| 07/10/13 | {20} | Blue Home Ventures LLC | Deposit:  3330 28th Street S. Unit # 202 | 1110-000 | 2,000.00 | | 44,423.36 |
| 07/10/13 | {21} | Blue Home Ventures LLC | Deposit:  3330 28th Street S. Unit # 201 | 1110-000 | 2,000.00 | | 46,423.36 |
| 07/10/13 | {3} | Blue Home Ventures LLC | Deposit:  3310 28th Street S. Unit #202 | 1110-000 | 2,000.00 | | 48,423.36 |
| 07/10/13 | {4} | Blue Home Ventures LLC | Deposit: 3314 28th Street S. Unit #304 | 1110-000 | 2,000.00 | | 50,423.36 |
| 07/17/13 | | To Account #******0466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO CHECKING  ACCT | 9999-000 | | 8,000.00 | 42,423.36 |
| 09/19/13 | | Loudoun Commercial Title LLC | Sale proceeds - 3330 28th Street, Unit 201, Alexandria, VA 22302 | | 15,888.54 | | 58,311.90 |
| | {21} | | Gross Sale proceeds          105,140.05 includes $140.05 asssessments | 1110-000 | | | 58,311.90 |
| | {21} | | Prior deposit                      -2,000.00 | 1110-000 | | | 58,311.90 |
| | | | Closing costs                   -1,384.25 | 2500-000 | | | 58,311.90 |
| | | Old Line Bank | Mortgage payoff to Old Line Bank          -85,633.29 | 4110-000 | | | 58,311.90 |
| | | | city taxes                        -233.97 | 2820-000 | | | 58,311.90 |
| 09/19/13 | | Loudoun Commercial Title LLC | Sale proceeds - 3330 28th Street, Unit 202, Alexandria, VA 22302 | | 32,705.60 | | 91,017.50 |
| | {20} | | Gross Sale proceeds          125,184.43 includes $184.43 asssessments | 1110-000 | | | 91,017.50 |
| | {20} | | Prior deposit                      -2,000.00 | 1110-000 | | | 91,017.50 |
| | | | Closing costs (including security and rent payments re: lease)          -4,554.00 | 2500-000 | | | 91,017.50 |
| | | Old Line Bank | Mortgage payoff Old Line Bank          -85,633.29 | 4110-000 | | | 91,017.50 |

| | | | Subtotals : | | $99,295.04 | $8,277.54 | |

{} Asset reference(s)

Printed: 07/07/2016 12:12 PM    V.13.28

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-34874 | |
| **Case Name:** GOLLEHON, RONNIE GENE | |
| | |
| **Taxpayer ID #:** **-***7990 | |
| **Period Ending:** 07/07/16 | |

| | |
|---|---|
| **Trustee:** | Sean C. Logan - Trustee (400360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5966 - deposit account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | City taxes                    -291.54 | 2820-000 | | | 91,017.50 |
| 10/17/13 | | From Account #******0466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO CHECKING  ACCT | 9999-000 | 4,000.00 | | 95,017.50 |
| 03/07/14 | | To Account #******0467 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | | 48,396.00 | 46,621.50 |
| 03/19/14 | 11002 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 03/19/2014 FOR CASE #11-34874 | 2300-000 | | 133.06 | 46,488.44 |
| 04/01/14 | | Banner Title Company of Virginia, Inc. | Liquidation of  the 14 properties listed in the Order dated January 7, 2014. | | 125,317.00 | | 171,805.44 |
| | {2} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {3} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {5} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {6} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {7} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {8} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {9} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {10} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {11} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {12} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {13} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {14} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {15} | | Commercial property              8,951.22<br>sale. | 1110-000 | | | 171,805.44 |
| | {16} | | Commercial property              8,951.14<br>sale. | 1110-000 | | | 171,805.44 |
| 07/29/14 | {4} | Richard R. Drummond | Escrow deposit for 3314 28th Street S, Unit | 1110-000 | 2,000.00 | | 173,805.44 |
| | | | Subtotals : | | $131,317.00 | $48,529.06 | |

{} Asset reference(s)

Printed: 07/07/2016 12:12 PM    V.13.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-34874

**Case Name:** GOLLEHON, RONNIE GENE

**Taxpayer ID #:** **-***7990

**Period Ending:** 07/07/16

**Trustee:** Sean C. Logan - Trustee (400360)

**Bank Name:** Rabobank, N.A.

**Account:** ******5966 - deposit account

**Blanket Bond:** $2,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #304. | | | | |
| 10/07/14 | | Loudoun Commercial Title LLC | Gross sale proceeds re: 3314 S. 28th Street Unit 30Gross sale proceeds re: 3314 S. 28th Street Unit 304 | | 49,964.38 | | 223,769.82 |
| | {4} | | Gross sale proceeds re:      105,048.16<br>3314 S. 28th Street Unit<br>304 | 1110-000 | | | 223,769.82 |
| | {4} | | Deposit recieved and         -2,000.00<br>held in escrow | 1110-000 | | | 223,769.82 |
| | | | Settlement charges             -836.00 | 2500-000 | | | 223,769.82 |
| | | | Post petition taxes             -283.41 | 2820-000 | | | 223,769.82 |
| | | | Sales proceeds paid to        -51,964.37<br>co-owner Ron Jones | 8500-000 | | | 223,769.82 |
| 02/20/15 | | To Account #******0467 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | | 80,813.00 | 142,956.82 |
| 03/09/15 | | To Account #******0467 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | | 129,000.00 | 13,956.82 |
| 04/07/15 | {38} | Commonwealth of Virginia | 2013 Virginia tax refund. | 1224-000 | 5,820.60 | | 19,777.42 |
| 04/07/15 | | From Account #******0467 | TRANSFER FUNDS FROM THE CHECKING ACCOUNT TO DEPOSIT ACCOUNT | 9999-000 | 1,339.19 | | 21,116.61 |
| 05/14/15 | | From Account #******0467 | TRANSFER FUNDS FROM THE CHECKING ACCOUNT TO DEPOSIT ACCOUNT | 9999-000 | 42,017.19 | | 63,133.80 |
| 05/21/15 | | Legends Title Group, LLC | Refund of withholding taxes held in escrow by title company. | 2820-000 | | -3,143.93 | 66,277.73 |
| 05/28/15 | {39} | Department of Treasury | 2013 Federal Tax Refund | 1224-000 | 20,928.18 | | 87,205.91 |
| 06/01/15 | | To Account #******0467 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | | 150.65 | 87,055.26 |
| 10/20/15 | {40} | TheCommonwealth of Virginia | 2014 Virginia  tax refund | 1224-000 | 1,651.58 | | 88,706.84 |
| 12/02/15 | {41} | US Department of Treasury | 2014 Federal Tax Refund | 1224-000 | 20,634.42 | | 109,341.26 |
| 05/19/16 | {42} | State of Maryland 2013 Tax Refund | 2013 Maryland state tax refund | 1224-000 | 5,544.00 | | 114,885.26 |
| 05/26/16 | {43} | State of Maryland 2014 Tax Refund | 2014 Maryland state tax refund | 1224-000 | 2,189.72 | | 117,074.98 |
| 06/22/16 | {43} | State of Maryland | fiduciary return 2014 | 1224-000 | 4,499.42 | | 121,574.40 |
| 06/23/16 | 11003 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2016 FOR CASE #11-34874, 2016 por rated bond payment | 2300-000 | | 71.21 | 121,503.19 |

Subtotals :        $154,588.68        $206,890.93

{} Asset reference(s)

Printed: 07/07/2016 12:12 PM    V.13.28

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-34874 | |
| Case Name: | GOLLEHON, RONNIE GENE | |
| | | |
| Taxpayer ID #: | **-***7990 | |
| Period Ending: | 07/07/16 | |

| | |
|---|---|
| Trustee: | Sean C. Logan - Trustee (400360) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******5966 - deposit account |
| Blanket Bond: | $2,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 385,200.72 | 263,697.53 | $121,503.19 |
| | | | Less: Bank Transfers | | 90,057.28 | 266,359.65 | |
| | | | Subtotal | | 295,143.44 | -2,662.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $295,143.44 | $-2,662.12 | |

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-34874 |
| **Case Name:** | GOLLEHON, RONNIE GENE |
| **Taxpayer ID #:** | **-***7990 |
| **Period Ending:** | 07/07/16 |

| | |
|---|---|
| **Trustee:** | Sean C. Logan - Trustee (400360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0466 - ESCROW ACCOUNT |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/13 | | From Account #******5966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO CHECKING  ACCT | 9999-000 | 8,000.00 | | 8,000.00 |
| 10/17/13 | | To Account #******5966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO CHECKING  ACCT | 9999-000 | | 4,000.00 | 4,000.00 |
| 10/31/13 | 101 {4} | BLUE HOME VENTURES LLC | RETURN OF FUNDS TO PROSPECTIVE BUYER OF REAL PROPERTY RE:  $2,000.00 DEPOSIT FOR 3314 S. 28TH STREET UNIT 304 | 1110-000 | -2,000.00 | | 2,000.00 |
| 10/31/13 | 102 {3} | BLUE HOME VENTURES LLC | RETURN OF FUNDS TO PROSPECTIVE BUYER OF REAL PROPERTY RE:  $2,000.00 DEPOSIT FOR 3310 S. 28TH STREET UNIT 202 | 1110-000 | -2,000.00 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,000.00 | 4,000.00 | $0.00 |
| Less: Bank Transfers | 8,000.00 | 4,000.00 | |
| **Subtotal** | **-4,000.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$-4,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/07/2016 12:12 PM    V.13.28

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-34874 | |
| **Case Name:** GOLLEHON, RONNIE GENE | |
| **Taxpayer ID #:** **-***7990 | |
| **Period Ending:** 07/07/16 | |

| | |
|---|---|
| **Trustee:** | Sean C. Logan - Trustee (400360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0467 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/14 | | From Account #******5966 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | 48,396.00 | | 48,396.00 |
| 03/07/14 | 101 | U S DEPARTMENT OF TREASURY | FEDERAL TAX RETURN FOR 2013 | 2810-000 | | 31,213.00 | 17,183.00 |
| 03/07/14 | 102 | COMPTROLLER OF MARYLAND | MARYLAND STATE TAXES 2013 | 2820-000 | | 5,544.00 | 11,639.00 |
| 03/07/14 | 103 | VIRGINIA DEPARTMENT OF TAXATION | VIRGINIA STATE TAXES FOR 2013 | 2820-000 | | 11,639.00 | 0.00 |
| 02/20/15 | | From Account #******5966 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | 80,813.00 | | 80,813.00 |
| 02/20/15 | 104 | US Department of Treasury | Income taxes due 2014 | 5800-000 | | 59,006.00 | 21,807.00 |
| 02/20/15 | 105 | Comptroller of Maryland | Maryland State taxes due for 2014 | 5800-000 | | 6,974.00 | 14,833.00 |
| 02/20/15 | 106 | Virginia Department of Taxation | Virginia State taxes due 2014 | 5800-000 | | 14,833.00 | 0.00 |
| 03/09/15 | | From Account #******5966 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | 129,000.00 | | 129,000.00 |
| 03/09/15 | 107 | Clerk of the U S Bankruptcy Court | Payment for adv. was paid by trustee.  this check was voided and never  mailed. Payment to be made to trustee as an admn. expenses. DVS<br>Voided on 03/19/15 | 2700-003 | | 176.00 | 128,824.00 |
| 03/09/15 | 108 | Comptroller of the Treasury | Dividend paid 100.00% on $982.00; Claim# 14P; Filed: $982.00; Reference:<br>Stopped on 03/10/15 | 5800-004 | | 982.00 | 127,842.00 |
| 03/09/15 | 109 | Sean C. Logan - Trustee | Dividend paid  74.25% on $69,492.65, Trustee Compensation;  Reference: | 2100-000 | | 51,602.69 | 76,239.31 |
| 03/09/15 | 110 | Wells Fargo Card Services | Dividend paid  74.25% on $6,561.00; Claim# 2; Filed: $6,561.00; Reference: 0637 | 7100-000 | | 4,871.96 | 71,367.35 |
| 03/09/15 | 111 | FIA CARD SERVICES, N.A. | Dividend paid  74.25% on $34,756.81; Claim# 6 -2; Filed: $34,756.81; Reference: 9625/7870 | 7100-000 | | 25,809.13 | 45,558.22 |
| 03/09/15 | 112 | Advanta Bank Corporation | Dividend paid  74.25% on $7,915.00; Claim# 7; Filed: $7,915.00; Reference: 4688 | 7100-000 | | 5,877.39 | 39,680.83 |
| 03/09/15 | 113 | American Express Bank, FSB | Dividend paid  74.25% on $8,968.01; Claim# 8; Filed: $8,968.01; Reference: 1006 | 7100-000 | | 6,659.32 | 33,021.51 |
| 03/09/15 | 114 | American Express Bank, FSB | Dividend paid  74.25% on $1,035.19; Claim# 9; Filed: $1,035.19; Reference: 1008 | 7100-000 | | 768.69 | 32,252.82 |
| 03/09/15 | 115 | Noel Gollehon | Dividend paid  74.25% on $20,000.00; Claim# 10; Filed: $20,000.00; Reference: | 7100-000 | | 14,851.27 | 17,401.55 |
| 03/09/15 | 116 | Comptroller of the Treasury | Dividend paid  74.25% on $244.00; Claim# 14U; Filed: $244.00; Reference:<br>Stopped on 03/10/15 | 7100-004 | | 181.19 | 17,220.36 |
| 03/09/15 | 117 | PYOD LLC its successors and | Dividend paid  74.25% on $23,190.43; Claim# | 7100-000 | | 17,220.36 | 0.00 |
| | | | Subtotals : | | $258,209.00 | $258,209.00 | |

{} Asset reference(s)

Printed: 07/07/2016 12:12 PM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 11-34874 | | | **Trustee:** Sean C. Logan - Trustee (400360) | | | |
| **Case Name:** GOLLEHON, RONNIE GENE | | | **Bank Name:** Rabobank, N.A. | | | |
| | | | **Account:** ******0467 - Checking Account | | | |
| **Taxpayer ID #:** **-***7990 | | | **Blanket Bond:** $2,000,000.00  (per case limit) | | | |
| **Period Ending:** 07/07/16 | | | **Separate Bond:** N/A | | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns | 15; Filed: $23,190.43; Reference: 2317 | | | | |
| 03/10/15 | 108 | Comptroller of the Treasury | Dividend paid 100.00% on $982.00; Claim# 14P; Filed: $982.00; Reference: Stopped: check issued on 03/09/15 | 5800-004 | | -982.00 | 982.00 |
| 03/10/15 | 116 | Comptroller of the Treasury | Dividend paid 74.25% on $244.00; Claim# 14U; Filed: $244.00; Reference: Stopped: check issued on 03/09/15 | 7100-004 | | -181.19 | 1,163.19 |
| 03/19/15 | 107 | Clerk of the U S Bankruptcy Court | Payment for adv. was paid by trustee.  this check was voided and never  mailed. Payment to be made to trustee as an admn. expenses. DVS Voided: check issued on 03/09/15 | 2700-003 | | -176.00 | 1,339.19 |
| 04/07/15 | | To Account #******5966 | TRANSFER FUNDS FROM THE CHECKING ACCOUNT TO DEPOSIT ACCOUNT | 9999-000 | | 1,339.19 | 0.00 |
| 05/05/15 | | Legends Title Group, LLC | Liquidation of 3015 Dalrymple Road, Sunderland, Maryland 20689 | | 42,017.19 | | 42,017.19 |
| | {23} | | Contract sales price          50,247.84<br>$50,000.00 and taxes<br>$247.84 | 1110-000 | | | 42,017.19 |
| | | | Home Towne Real          -1,500.00<br>Estate commission | 3510-000 | | | 42,017.19 |
| | | | ReMax Real Estate          -1,500.00<br>comission | 3510-000 | | | 42,017.19 |
| | | | Closing cost re:          -650.00<br>judgment search,<br>delivery charges. record<br>releases and state<br>recordation and transfer<br>tax. | 2500-000 | | | 42,017.19 |
| | | | Maryland non-resident          -3,143.93<br>witholding tax | 2820-000 | | | 42,017.19 |
| | | | Taxes 2014-15 with          -1,436.72<br>interest and fees | 5800-000 | | | 42,017.19 |
| 05/14/15 | | To Account #******5966 | TRANSFER FUNDS FROM THE CHECKING ACCOUNT TO DEPOSIT ACCOUNT | 9999-000 | | 42,017.19 | 0.00 |
| 06/01/15 | | From Account #******5966 | TRANSFER FUNDS FROM DEPOSIT ACCOUNT TO CHECKING ACCOUNT | 9999-000 | 150.65 | | 150.65 |
| 06/01/15 | 118 | Virginia Department of Taxation | Yax assessment 2014 | 2810-000 | | 150.65 | 0.00 |

| | Subtotals : | $42,167.84 | $42,167.84 |
|---|---|---|---|

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

| | |
|---|---|
| Case Number: | 11-34874 |
| Case Name: | GOLLEHON, RONNIE GENE |
| Taxpayer ID #: | **-***7990 |
| Period Ending: | 07/07/16 |

| | |
|---|---|
| Trustee: | Sean C. Logan - Trustee (400360) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0467 - Checking Account |
| Blanket Bond: | $2,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 300,376.84 | 300,376.84 | $0.00 |
| | | | Less: Bank Transfers | | 258,359.65 | 43,356.38 | |
| | | | **Subtotal** | | **42,017.19** | **257,020.46** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,017.19** | **$257,020.46** | |

| | | |
|---|---|---|
| Net Receipts : | 376,404.92 | |
| Plus Gross Adjustments : | 1,276,532.37 | |
| Net Estate : | $1,652,937.29 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******07-65 | 43,244.29 | 543.39 | 0.00 |
| Checking # ******5966 | 295,143.44 | -2,662.12 | 121,503.19 |
| Checking # ******0466 | -4,000.00 | 0.00 | 0.00 |
| Checking # ******0467 | 42,017.19 | 257,020.46 | 0.00 |
| | $376,404.92 | $254,901.73 | $121,503.19 |

{} Asset reference(s)

Printed: 07/07/2016 12:12 PM    V.13.28

Printed:  07/07/16 12:12 PM                                                                                      Page:  1

# Exhibit C - Claims Review & Proposed Distribution

## Case:  11-34874    GOLLEHON, RONNIE GENE

**Case Balance:**    $121,503.19        **Total Proposed Payment:**   $121,503.19        **Remaining Balance:**        $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Clerk of the U S Bankruptcy Court | Admin Ch. 7 | 176.00 | 0.00 | 0.00 | 0.00 | 0.00 | 121,503.19 |

<2700-00   Clerk of the Court Costs (includes adversary and other filing fees)>

**Claim Memo:**

****Please note and make changes.  Interimdistribution requested payment to Clerk fir filing fees.  TRustee already paid filing fee.  Check should go to SCL.  T/W EMM to file supplmental distribution and that money way returned to estate until final distrib7ution.  Check will be made to SCL.

Motion to Sell Debtor's Interest in Certain Parcels of Jointly Owned Commercial Property filed on December 5, 2013 (Doc. 115).  FILING FEE.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Sean C. Logan - Trustee | Admin Ch. 7 | 382.89 | 382.89 | 0.00 | 382.89 | 382.89 | 121,120.30 |

<2200-00   Trustee Expenses>

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Sean C. Logan - Trustee | Admin Ch. 7 | 72,725.41 | 72,725.41 | 51,602.69 | 21,122.72 | 21,122.72 | 99,997.58 |

<2100-00   Trustee Compensation>

**Claim Memo:**   [Updated by Surplus to Debtor Report based on Net Estate Value: 1649180.45]

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Severn Savings Bank, FSB | Secured | 1,474,608.87 | 985,000.00 | 985,000.00 | 0.00 | 0.00 | 99,997.58 |

**Claim Memo:**   Secured lien on 2292 Lake Drive, Pasadena, Maryland 21122. Property sold by Trustee on 5/29/12 pursuant to Order of this Court (Doc. 54). Secured creditor was paid $985,000.00 at settlement as full and final satisfaction of this claim.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | Wells Fargo Card Services | Unsecured | 6,561.00 | 6,561.00 | 4,871.96 | 1,689.04 | 1,689.04 | 98,308.54 |

**Claim Memo:**   Claim verified. Back-up provided. EMM.  Claim amount verified with Wells Fargo 1-16-15. DVS

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2I | Wells Fargo Card Services | Unsecured | 35.70 | 35.70 | 0.00 | 35.70 | 35.70 | 98,272.84 |
| 3 | First Union Market Bank | Secured | 242,743.66 | 0.00 | 0.00 | 0.00 | 0.00 | 98,272.84 |

**Claim Memo:**   Secured lien on 1111 Arlington Blvd. Apt. 433, Arlington, Virginia 22209 & 1021 Arlington Blvd. Apt. 918, Arlington, Virginia 22209.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | First Union Market Bank | Secured | 160,421.71 | 0.00 | 0.00 | 0.00 | 0.00 | 98,272.84 |

**Claim Memo:**   Secured lien on several rental properties.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5 | First Union Market Bank | Secured | 50,065.90 | 0.00 | 0.00 | 0.00 | 0.00 | 98,272.84 |

**Claim Memo:**   Secured lien on 1121 Arlington Blvd. Apt. 946, Arlington, VA 22209.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6 | FIA CARD SERVICES, N.A. | Unsecured | 34,756.81 | 0.00 | 0.00 | 0.00 | 0.00 | 98,272.84 |

**Claim Memo:**   Claim amended. See Claim 6-2. EMM.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6 -2 | FIA CARD SERVICES, N.A. | Unsecured | 34,756.81 | 34,756.81 | 25,809.13 | 8,947.68 | 8,947.68 | 89,325.16 |

**Claim Memo:**   Original creditor: Bank of America. Claim verified. Back-up provided. EMM.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6I-2 | FIA CARD SERVICES, N.A. | Unsecured | 189.12 | 189.12 | 0.00 | 189.12 | 189.12 | 89,136.04 |
| 7 | Advanta Bank Corporation | Unsecured | 7,915.00 | 7,915.00 | 5,877.39 | 2,037.61 | 2,037.61 | 87,098.43 |

**Claim Memo:**   Claim verified. Back-up provided. EMM.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 7I | Advanta Bank Corporation | Unsecured | 43.07 | 43.07 | 0.00 | 43.07 | 43.07 | 87,055.36 |
| 8 | American Express Bank, FSB | Unsecured | 8,968.01 | 8,968.01 | 6,659.32 | 2,308.69 | 2,308.69 | 84,746.67 |

**Claim Memo:**   Claim verified. Back-up provided. EMM.

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 8I | American Express Bank, FSB | Unsecured | 48.80 | 48.80 | 0.00 | 48.80 | 48.80 | 84,697.87 |
| 9 | American Express Bank, FSB | Unsecured | 1,035.19 | 1,035.19 | 768.69 | 266.50 | 266.50 | 84,431.37 |

**Claim Memo:**   Claim verified. Back-up provided. EMM.

Printed: 07/07/16 12:12 PM                                                                                    Page: 2

# Exhibit C - Claims Review & Proposed Distribution

## Case:  11-34874   GOLLEHON, RONNIE GENE

**Case Balance:**     $121,503.19          **Total Proposed Payment:**     $121,503.19          **Remaining Balance:**          $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9I | American Express Bank, FSB | Unsecured | 5.63 | 5.63 | 0.00 | 5.63 | 5.63 | 84,425.74 |
| 10 | Noel Gollehon | Unsecured | 20,000.00 | 20,000.00 | 14,851.27 | 5,148.73 | 5,148.73 | 79,277.01 |
| | **Claim Memo:**   Claim verified. Back-up provided. | | | | | | | |
| 10I | Noel Gollehon | Unsecured | 108.82 | 108.82 | 0.00 | 108.82 | 108.82 | 79,168.19 |
| 11 | Roswitha Gollehon | Priority | 111,000.00 * | | | 0.00 | 0.00 | 79,168.19 |
| | **Claim Memo:**   Claim denied pursuant to Order Sustaining Trustee's Objection to Claim No. 11 (Doc. 95). 4-26-13. EMM. | | | | | | | |
| 12 | Anne Arundel County Finance Office | Secured | 4,162.60 | 0.00 | 0.00 | 0.00 | 0.00 | 79,168.19 |
| | **Claim Memo:**   Claim paid in full at settlement for sale of Debtor's residence located at 2292 Lake Drive, Pasadena, Maryland 21122 (See Doc. 65 - Page 2 of HUD1). EMM. | | | | | | | |
| 13 | Ronald K. Jones | Unsecured | 1,400,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,168.19 |
| | **Claim Memo:**   Claim withdrawn by creditor (Doc. 120). EMM. | | | | | | | |
| 14P | Comptroller of the Treasury | Priority | 3,599.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,168.19 |
| | **Claim Memo:**   9-24-15  Claim withdrawn. DVS | | | | | | | |
| 14U | Comptroller of the Treasury | Unsecured | 244.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,168.19 |
| | **Claim Memo:**   9-24-15  Claim withdrawn. DVS | | | | | | | |
| 15 | PYOD LLC its successors and assigns | Unsecured | 23,190.43 | 23,190.43 | 17,220.36 | 5,970.07 | 5,970.07 | 73,198.12 |
| | **Claim Memo:**   Original creditor: Citibank. Claim verified. Back-up provided. EMM. | | | | | | | |
| 15I | PYOD LLC its successors and assigns | Unsecured | 126.18 | 126.18 | 0.00 | 126.18 | 126.18 | 73,071.94 |
| | James Scharf | Admin Ch.  7 | 6,117.50 | 6,117.50 | 0.00 | 6,117.50 | 6,117.50 | 66,954.44 |
| | <3210-00   Attorney for Trustee (Other Firm)> | | | | | | | |
| | James Schraf | Admin Ch.  7 | 55.60 | 55.60 | 0.00 | 55.60 | 55.60 | 66,898.84 |
| | <3220-00   Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
| | Larry Strauss CPA MST CIRA | Admin Ch.  7 | 35,642.00 | 35,642.00 | 0.00 | 35,642.00 | 35,642.00 | 31,256.84 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | The Law Offices of Sean C. Logan, Esq. | Admin Ch.  7 | 27,500.00 | 27,500.00 | 0.00 | 27,500.00 | 27,500.00 | 3,756.84 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | **Claim Memo:**   Total fees due to LOSL is in the amount of $30,653.50.  Less a voluntary reduction of $3,153.50 | | | | | | | |
| SECURE D | Old Line Bank | Secured | 0.00 | 85,633.29 | 85,633.29 | 0.00 | 0.00 | 3,756.84 |
| | **Claim Memo:**   Secured claim paid at real estate closing. Sale proceeds - 3330 28th Street, Unit 201, Alexandria, VA 22302 DVS | | | | | | | |
| SECURE D | Old Line Bank | Secured | 0.00 | 85,633.29 | 85,633.29 | 0.00 | 0.00 | 3,756.84 |
| | **Claim Memo:**   Secured claim paid at real estate closing. Sale proceeds - 3330 28th Street, Unit 202, Alexandria, VA 22302  DVS | | | | | | | |
| SECURE D | Union First Market Bank | Secured | 0.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 3,756.84 |
| | **Claim Memo:**   secured claim paid at property closing. DVS | | | | | | | |

(*) Denotes objection to Amount Filed

# Exhibit C - Claims Review & Proposed Distribution

## Case:  11-34874   GOLLEHON, RONNIE GENE

**Case Balance:**     $121,503.19          **Total Proposed Payment:**    $121,503.19          **Remaining Balance:**          $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| SURPLUS | GOLLEHON, RONNIE GENE | Unsecured | 3,756.84 | 3,756.84 | 0.00 | 3,756.84 | 3,756.84 | 0.00 |
| | **Total for Case 11-34874 :** | | **$3,730,942.55** | **$1,410,430.58** | **$1,288,927.39** | **$121,503.19** | **$121,503.19** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---:|---:|---:|---:|---:|
| **Total Administrative Claims :** | $142,599.40 | $142,423.40 | $51,602.69 | $90,820.71 | 100.000000% |
| **Total Priority Claims :** | $114,599.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $1,932,002.74 | $1,161,266.58 | $1,161,266.58 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | $1,541,741.41 | $106,740.60 | $76,058.12 | $30,682.48 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-34874
Case Name: GOLLEHON, RONNIE GENE
Trustee Name: Sean C. Logan - Trustee

**Balance on hand:** $              121,503.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Severn Savings Bank, FSB | 1,474,608.87 | 985,000.00 | 985,000.00 | 0.00 |
| 3 | First Union Market Bank | 242,743.66 | 0.00 | 0.00 | 0.00 |
| 4 | First Union Market Bank | 160,421.71 | 0.00 | 0.00 | 0.00 |
| 5 | First Union Market Bank | 50,065.90 | 0.00 | 0.00 | 0.00 |
| 12 | Anne Arundel County Finance Office | 4,162.60 | 0.00 | 0.00 | 0.00 |
| SECURED | Old Line Bank | 0.00 | 85,633.29 | 85,633.29 | 0.00 |
| SECURED | Old Line Bank | 0.00 | 85,633.29 | 85,633.29 | 0.00 |
| SECURED | Union First Market Bank | 0.00 | 5,000.00 | 5,000.00 | 0.00 |

Total to be paid to secured creditors: $              0.00
Remaining balance: $              121,503.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Sean C. Logan - Trustee | 72,725.41 | 51,602.69 | 21,122.72 |
| Trustee, Expenses - Sean C. Logan - Trustee | 382.89 | 0.00 | 382.89 |
| Attorney for Trustee, Fees - James Scharf | 6,117.50 | 0.00 | 6,117.50 |
| Attorney for Trustee, Expenses - James Schraf | 55.60 | 0.00 | 55.60 |
| Accountant for Trustee, Fees - Larry Strauss CPA MST CIRA | 35,642.00 | 0.00 | 35,642.00 |
| Attorney for Trustee Fees - The Law Offices of Sean C. Logan, Esq. | 27,500.00 | 0.00 | 27,500.00 |

Total to be paid for chapter 7 administration expenses: $              90,820.71
Remaining balance: $              30,682.48

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | | 0.00 |
| Remaining balance: | $ | | 30,682.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 0.00 |
| Remaining balance: | $ | | 30,682.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,426.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Wells Fargo Card Services | 6,561.00 | 4,871.96 | 1,689.04 |
| 6 -2 | FIA CARD SERVICES, N.A. | 34,756.81 | 25,809.13 | 8,947.68 |
| 7 | Advanta Bank Corporation | 7,915.00 | 5,877.39 | 2,037.61 |
| 8 | American Express Bank, FSB | 8,968.01 | 6,659.32 | 2,308.69 |
| 9 | American Express Bank, FSB | 1,035.19 | 768.69 | 266.50 |
| 10 | Noel Gollehon | 20,000.00 | 14,851.27 | 5,148.73 |
| 15 | PYOD LLC its successors and assigns | 23,190.43 | 17,220.36 | 5,970.07 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | | 26,368.32 |
| Remaining balance: | $ | | 4,314.16 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 4,314.16 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 4,314.16 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $557.32.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $3,756.84.

**UST Form 101-7-TFR (05/1/2011)**